NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

CA 05-62


ROBERT WHITE, ET AL.

VERSUS

TRANSPORTATION INS. CO., ET AL.


\*\*\*\*\*\*\*\*\*\*


APPEAL FROM THE
FOURTEENTH JUDICIAL DISTRICT COURT
PARISH OF CALCASIEU, NO. 2002-1631
HONORABLE G. MICHAEL CANADAY, DISTRICT JUDGE


\*\*\*\*\*\*\*\*\*\*


JOHN D. SAUNDERS
JUDGE


\*\*\*\*\*\*\*\*\*\*


Court composed of Sylvia R. Cooks, John D. Saunders, and Glenn B. Gremillion, Judges.


**AFFIRMED.**


Roger G. Burgess
Baggett, McCall & Burgess
3006 Country Club Road
Lake Charles, LA 70605
(337) 478-8888
Counsel for Intervenor Appellee:
Roger G. Burgess

**Jeffrey Martin Cole**
**Plauche, Smith & Nieset**
**P.O. Drawer 1705**
**Lake Charles, LA 70602**
**(337) 436-0522**
**Counsel for Defendant/Appellee:**
**Continental Casualty Company**
**Tommy W. Thibodeaux**

**John Dexter Ryland**
**Provosty, Sadler, & Delaunay**
**P.O. Drawer 1791**
**Alexandria, LA 71309-1791**
**(318) 445-3631**
**Counsel for Defendant/Appellee:**
**Underwriters Insurance Company**
**The Eye Clinic**
**Charles K. Clopper**

**Brenton Lance Chism**
**Attorney at Law**
**One Lakeshore Drive, Suite 152**
**Lake Charles, LA 70629-0104**
**(337) 312-4476**
**Counsel for Intervenor Appellee:**
**Brenton Lance Chism**

**Robert White**
**In Proper Person**
**2483 Ribbeck Avenue**
**Lake Charles, LA 70611**
**Counsel for Plaintiff/Appellant:**
**Robert White**

**Wanda Gail Lacey White**
**In Proper Person**
**2483 Ribbeck Avenue**
**Lake Charles, LA 70611**
**Counsel for Plaintiff/Appellant:**
**Wanda Gail Lacey White**